**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
et al.,

    Plaintiffs,

v.                                Case No.  8:05-cv-1839-T-30TGW

**CA NEW PLAN SARASOTA, L.P.,**

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Notice of Filing Stipulation for Settlement for Court's Review and Approval (Dkt. #12) .  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Stipulation for Settlement (Dkt. #12-2) is hereby APPROVED.

    2.    This cause is dismissed.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 9, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1839.dismissal 12.wpd